Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−29081−VFP
Chapter: 7
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Leticia Rojas
    640 Irvington Avenue
    Hillside, NJ 07205

Social Security No.:
    xxx−xx−2002

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/14/17 at 10:00 AM

to consider and act upon the following:

*8* – Order Mooting Application To Have Chapter 7 Filing Fee Waived (Related Doc # 3). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/25/2017. Hearing scheduled for 10/5/2017 at 11:00 AM at VFP − Courtroom 3B, Newark. (jf)

Dated: 10/24/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court