UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*[Enter your name, address and telephone number]*

U.S. BANKRUPTCY COURT
FILED
2017 NOV 16 A 9:17
JEANNE A. NAUGHTON
BY: [signature]
DEPUTY CLERK

In Re:
*[Enter the debtor's name(s)]*

Leticia Rojas

Debtor

Case No.: 17-29081-VFP
*[Enter the case number]*

Chapter: 7
*[Enter the chapter; example: 13]*

Hearing Date: _____
*[Enter the hearing date]*

Judge: Vincent F. Papalia, USBJ
*[Enter the Judge's last name]*

## NOTICE OF MOTION TO

*[Enter the relief sought]* __DISMISS__

*[Enter your name]* __Leticia Rojas__ has filed papers with the court to *[Enter the relief sought]* __Dismissal of my pro se Chapter 7 case__.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

Hearing Date: _____
*[Enter the date of the hearing]*

Hearing Time: _____
*[Enter the time of the hearing]*

Hearing Location: _____
*[Enter the location of the hearing]*

Courtroom Number: _____
*[Enter the courtroom number]*

    If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

*[Enter the trustee's name and address]*

*[Enter the name and address of all other parties who will be affected by this motion]*

    If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: 11/13/17
*[Enter the date this document is signed]*

Signature *[Of the party seeking relief]*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*[Enter your name, address and telephone number]*

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2017 NOV 16  A 9: 17

JEANNE A. NAUGHTON
BY: _____
DEPUTY CLERK

In Re:
*[Enter the debtor's name(s)]*

LETICIA ROJAS

Debtor

Case No.: 17-29081-VFP
*[Enter the case number]*

Chapter: 7
*[Enter the chapter]*

Hearing Date: _____
*[Enter the hearing date]*

Judge: Vincent F. Papalia, USBJ
*[Enter the judge's last name]*

**CERTIFICATION OF** Leticia Rojas
*[Enter the name of the person that has personal knowledge of the facts set forth below]*

I, *[Enter the name of the person that has personal knowledge of the facts set forth below]* Leticia Rojas, *[Enter their relationship to the case. For example: debtor, creditor]* _____ in the above captioned case, submits this Certification in support of the Motion for *[Enter title of motion]* Dismissal _____ filed by me on *[Enter the date the motion was filed]* 11-16-17.

1. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* Bank Mortgage Loan Modification processed now and should be granted so foreclosure of home not moving forward.

2. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* _____

_____

_____

_____

3. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* _____

_____

_____

_____

4. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* _____

_____

_____

_____

5. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* _____

_____

_____

_____

I certify under penalty of perjury that the above is true.

Date: 11/13/17
*[Enter the date this document is signed]*

Signature
*[Of the party with actual knowledge of the facts set forth above]*

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>*[Enter your name, address and telephone number]* | U.S. BANKRUPTCY COURT<br>FILED<br>NEWARK, NJ<br><br>2017 NOV 16  A 9:18<br><br>JEANNE A. HAUGHTON<br><br>BY: _____<br>DEPUTY CLERK |
| **In Re:**<br>*[Enter the debtor's name(s)]*<br><br>LeTicia Rojas<br><br>Debtor | Case No.: 17-29081-VFP<br>*[Enter the case number]*<br><br>Chapter: 7<br>*[Enter the chapter; example: 13]*<br><br>Hearing Date: _____<br>*[Enter the hearing date]*<br><br>Judge: Vincent F. Papalia, USBJ<br>*[Enter the Judge's last name]* |

## STATEMENT AS TO WHY NO BRIEF IS NECESSARY

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the court's consideration of this motion, as it does not involve complex issues of law.

Date: 11/13/17
*[Enter date this document is signed]*

Signature *[Of party seeking relief]*

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>*[Enter your name, address and phone number]*<br><br><br><br><br><br>In Re:<br>*[Enter the debtor's name(s)]*<br><br>Leticia Rojas<br><br><br><br>debtor | Case No.: **17-29081-VFP**<br>*[Enter the case number]*<br><br>Chapter: **7**<br>*[Enter the case number]*<br><br>Hearing Date: _____<br>*[Enter the hearing date]*<br><br>Judge: **Vincent F. Papalia, USBJ**<br>*[Enter the Judge's last name]* |

**ORDER GRANTING** _____
                      *[Enter the relief sought]*

The relief set forth on the following pages, numbered two (2) through *[enter the number of the last page of this Order]* _____ is **ORDERED**.

*[Leave the rest of this page blank]*

The Court having reviewed the movant's *[Enter the title of the motion]* __Motion to Dismiss__, and any related responses or objections, it is hereby

ORDERED that:

1. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____

2. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____

3. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____

4. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>*[Enter your name, address and phone number]* | |
|---|---|
| | U.S. BANKRUPTCY COURT<br>FILED<br>NEWARK, NJ<br><br>2017 NOV 16 A 9:18<br><br>JEANNE A. NAUGHTON<br>BY: _____<br>DEPUTY CLERK |
| | Case No.: 17-29081-VFP<br>*[Enter the case number]* |
| | Chapter: 7<br>*[Enter the chapter of the case]* |
| In Re:<br>*[Enter the debtor's name(s)]*<br><br>Leticia Rojas<br><br>Debtor | Hearing Date: _____<br>*[Enter the hearing date]*<br><br>Judge: Vincent F. Papalia, USBJ<br>*[Enter the Judge's last name]* |

## CERTIFICATION OF SERVICE

1. I, Leticia Rojas _____:

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☑ am the _____ in this case and am representing myself.

2. On *[Enter the date you served the documents]* _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    *[Place a check next to each document you served]*

    ☐ Notice of Motion *[Enter title of motion]* _____

    ☐ Certification in Support of Motion *[Enter title of motion]* _____

Document    Page 9 of 10

☐ Statement as to Why No Brief is Necessary

☐ Proposed Order Granting Motion *[Enter title of motion]* _____

_____

☐ Other *[Enter title of document]* _____

_____

3.   I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  11/13/17
*[Enter the date you signed this document]*            Signature *[Of the person who served the documents]*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| M&T Bank<br>80 W. Century Rd.<br>Paramus, NJ 07652 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |