Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.:  17−29081−VFP
                              Chapter:  7
                              Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Leticia Rojas
   640 Irvington Avenue
   Hillside, NJ 07205

Social Security No.:
   xxx−xx−2002

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/4/17.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 4, 2017
JAN: mcp

                                                                          Jeanne Naughton
                                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Leticia Rojas  
       Debtor

Case No. 17-29081-VFP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Dec 04, 2017  
                        Form ID: 148      Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2017.  
db         +Leticia Rojas,   640 Irvington Avenue,   Hillside, NJ 07205-3143  
cr         +Nationstar Mortgage LLC d/b/a Mr. Cooper as a serv,   Stern, Lavinthal & Frankenberg, LLC,   105 Eisenhower Parkway,   Suite 302,   Roseland, NJ 07068-1640

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg          E-mail/Text: usanj.njbankr@usdoj.gov Dec 04 2017 23:21:48     U.S. Attorney,   970 Broad St.,   Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534  
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 04 2017 23:21:45     United States Trustee,   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,   Newark, NJ 07102-5235  
517078046    +E-mail/Text: camanagement@mtb.com Dec 04 2017 23:21:36     M & T Bank,   80 W. Century Road,   Paramus, New Jersey 07652-1405  
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2017                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2017 at the address(es) listed below:  
        David Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com  
        Jeanette F. Frankenberg    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper as a servicing agent for THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structure cmecf@sternlav.com  
        Rebecca Ann Solarz    on behalf of Creditor   THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Inc. Mortgage Pass-Through Certifi rsolarz@kmllawgroup.com  
        Rebecca Ann Solarz    on behalf of Creditor   M&T Bank a/k/a Manufacturers and Traders Trust Company s/b/m to Hudson City Savings Bank rsolarz@kmllawgroup.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                               TOTAL: 5