Order Filed on December 4, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Leticia Rojas

Debtor,

Case No.: 17-29081

Chapter: 7

Judge: Vincent F. Papalia

# ORDER DISMISSING CASE ON COURT'S
# ORDER TO SHOW CAUSE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 4, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having entered an Order to Show Cause as highlighted below, and having considered all objections, if any, or held a hearing at the request of a party,

- ☐ Order to Show Cause Why Case Should Not Be Dismissed for Debtor's Failure to File Documents.

- ☒ Order to Show Cause Why Case Should Not Be Dismissed for Debtor's Failure to Meet Credit Counseling Requirements,

- ☐ Order to Show Cause Why Case Should Not Be Dismissed for Debtor's Failure to Comply with D.N.J. LBR 1006-1, Payment of Filing Fees in Installments,

- ☐ Order to Show Cause Why Case Should Not Be Dismissed for Debtor's Failure to Make Installment Payment(s) Or Pay Miscellaneous Filing Fees,

- ☐ Order to Show Cause Why Case Should Not Be Dismissed for Corporate Debtor's Failure to Obtain Counsel,

- ☐ Order to Show Cause Why Case Should Not Be Dismissed Due to Debtor's Ineligibility to be a Debtor Under Chapter 13 of the Bankruptcy Code,

- ☐ Other: _____
_____

And the debtor having failed to resolve or otherwise satisfy the Order(s) to Show Cause,

IT IS ORDERED that this case is dismissed and any discharge entered in this case is vacated. All outstanding fees due to the Court must be paid within seven (7) days of the date of this Order.

*rev.10/5/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Leticia Rojas  
      Debtor

Case No. 17-29081-VFP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Dec 04, 2017  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2017.  
db          +Leticia Rojas,   640 Irvington Avenue,   Hillside, NJ 07205-3143

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2017                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2017 at the address(es) listed below:  
        David          Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com  
        Jeanette F. Frankenberg    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper as a  
         servicing agent for THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in  
         interest to JP Morgan Chase Bank, N.A. as Trustee for Structure cmecf@sternlav.com  
        Rebecca Ann Solarz    on behalf of Creditor   THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW  
         YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset  
         Mortgage Investments II Inc. Mortgage Pass-Through Certifi rsolarz@kmllawgroup.com  
        Rebecca Ann Solarz    on behalf of Creditor   M&T Bank a/k/a Manufacturers and Traders Trust  
         Company s/b/m to Hudson City Savings Bank rsolarz@kmllawgroup.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                   TOTAL: 5